## *IN THE SUPREME COURT, STATE OF WYOMING*

## 2021 WY 60

*April Term, A.D. 2021*

*May 5, 2021*

ALBERT M. CONTRERAS,

**Appellant**
**(Defendant),**

**v.**                                                                    S-21-0007

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant entered unconditional guilty pleas to three charges: possession of methamphetamine with intent to deliver; possession of a firearm by a felon; and possession of cocaine, a misdemeanor. Wyo.Stat.Ann. § 35-7-1031(a)(i); § 6-8-102(a); § 35-7-1031(c)(i)(C). On the methamphetamine conviction, the district court imposed a four to eight-year sentence, with the other lesser sentences to run concurrently. Appellant filed this appeal to challenge the district court's October 29, 2020, "Sentencing Order."

[¶ 2]    On March 4, 2021, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before April 19, 2021, Appellant "may file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision" on this appeal. This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's "Sentencing Order" should be affirmed.

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Albert M. Contreras, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the district court's October 29, 2020, "Sentencing Order" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 5th day of May, 2021.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**